# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-9017 MRW | Date | November 18, 2020 |
|---|---|---|---|
| Title | Orlando Garcia v. JMSDO LLC et al | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**           **(IN CHAMBERS) ORDER RE: DISMISSAL**

Plaintiff filed a notice voluntarily dismissing this case with prejudice.  (Docket # 14.)  This action is dismissed with prejudice.